# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOSE RAMIRO APARICIO-OLIVARES<br>a/k/a Flaco<br><br>Defendant. | CASE NO. 2:17-CR-164(9)<br><br>MAGISTRATE JUDGE DEAVERS |

## ORDER

Upon application and for good cause shown, the United States Attorney is hereby granted leave to file a dismissal of the Superseding Information filed against Jose Ramiro Aparicio-Olivares, a/k/a Flaco, the named defendant. A certified copy of this Order shall be the authority of the United States Marshal and other persons concerned to act in the premises.

EDMUND A. SARGUS, JR.
Chief United States District Judge

Date: 3-12-2018